# LOW & LOW ATTORNEYS AT LAW, LLC

505 MAIN STREET, HACKENSACK, NEW JERSEY 07601    201-343-4040    FAX 201-488-5788

STANLEY W. LOW                                                                                    RUSSELL L. LOW

July 22, 2024

The Honorable Vincent F. Papalia
United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

        Re:   *Caroline A. Carino*
                  Chapter 13 Bankruptcy
                  Case No. 23-11154

Dear Judge Papalia:

    Please withdraw Document No. 36.

    Thank you.

Very truly yours,

*[signature]*

Russell L. Low, Esq.
RLL:mho