Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−11154−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Caroline A Carino
   3061 Edwin Avenue, Apt 4G
   Fort Lee, NJ 07024

Social Security No.:
   xxx−xx−9134

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 21, 2023.

On 02/12/2025 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:         April 17, 2025
Time:         08:30 AM
Location:     Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 13, 2025
JAN: dlr

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Caroline A Carino  
Debtor

Case No. 23-11154-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 4
Date Rcvd: Feb 13, 2025 | Form ID: 185 | Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Caroline A Carino, 3061 Edwin Avenue, Apt 4G, Fort Lee, NJ 07024-4810 |
| 519835603 | + | 1170 Apartment Corp, 3030 Edwin Avenue, Fort Lee, NJ 07024-3442 |
| 519835636 | + | FED LOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 519835643 | + | GREENSKY, LLC., ATTN: BANKRUPTCY, 5565 GLENRIDGE CONNECTOR STE 800, ATLANTA, GA 30342-4796 |
| 519835644 | + | GREENSKY/GS BANK US, 5565 Glenridge Connector, Ste 800, Atlanta, GA 30342-4796 |
| 519878218 |   | Greensky,LLC/Home Depot Loan, 3155 Royal Drive Suite 175, Alpharetta, GA 30022-2479 |
| 519835647 | + | New Jersey EZ Pass Customer Service Cent, PO Box 52002, Newark, NJ 07101-8202 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg |   | Email/Text: usanj.njbankr@usdoj.gov | Feb 13 2025 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 13 2025 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519835604 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 13 2025 21:03:46 | AFFIRM, INC., ATTN: BANKRUPTCY, 30 ISABELLA ST, FLOOR 4, PITTSBURGH, PA 15212-5862 |
| 519835606 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 13 2025 20:53:00 | ALLY FINANCIAL, INC, ATTN: BANKRUPTCY, 500 WOODARD AVE, DETROIT, MI 48226-3416 |
| 519835607 |   | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 13 2025 20:56:00 | AMERICAN HONDA FINANCE, ATTN: BANKRUPTCY, PO BOX 168088, IRVING, TX 75016 |
| 519835608 | + | Email/PDF: bncnotices@becket-lee.com | Feb 13 2025 21:03:39 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 520094721 |   | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 13 2025 20:52:13 | Advantage on behalf of, Department of Education Loan Services, PO BOX 300001, Greenville, TX 75403-3001 |
| 519835609 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 13 2025 20:53:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 519835611 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 13 2025 20:55:00 | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 519835613 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 13 2025 20:52:44 | CAPITAL ONE, ATTN: BNAKRUPTCY, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519835617 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2025 21:04:24 | CITIBANK NORTH AMERICA, CITIBANK SD |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | MC 425, 5800 SOUTH CORP PLACE, SIOUX FALLS, SD 57108 |
| 519835618 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2025 21:04:49 | CITIBANK/THE HOME DEPOT, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519835619 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 13 2025 20:55:00 | COMENITY BANK/JESSICA LONDON, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519835620 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 13 2025 20:55:00 | COMENITY CAPITAL/IKEA, ATTN: BANKRUPTCY, PO BOX 18125, COLUMBUS, OH 43218 |
| 519835621 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2025 21:04:34 | COSTCO CITI CARD, ATTN: BANKRUPTCY, PO BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 519886999 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2025 21:03:52 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520184525 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2025 20:54:00 | Crosscountry Mortgage, P.O Box 619096, Dallas, 75261-9741, Crosscountry Mortgage, P.O Box 619096, Dallas 75261-9096 |
| 520184524 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2025 20:54:00 | Crosscountry Mortgage, P.O Box 619096, Dallas 75261-9096 |
| 519835622 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 13 2025 20:56:00 | DEPT OF ED/NELNET, ATTN: BANKRUPTCY CLAIMS/NELNET, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 519896839 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 13 2025 20:54:00 | Crosscountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519835635 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 13 2025 20:54:00 | DOVENMUEHLE MORTGAGE, INC/CROSS COUNTRY, ATTN: BANKRUPTCY, 1 CORPORATE DR. ST 360, LAKE ZURICH, IL 60047 |
| 519835643 | + | Email/Text: bankruptcy@greenskycredit.com | Feb 13 2025 20:55:00 | GREENSKY, LLC., ATTN: BANKRUPTCY, 5565 GLENRIDGE CONNECTOR STE 800, ATLANTA, GA 30342-4796 |
| 519835644 | + | Email/Text: bankruptcy@greenskycredit.com | Feb 13 2025 20:55:00 | GREENSKY/GS BANK US, 5565 Glenridge Connector, Ste 800, Atlanta, GA 30342-4796 |
| 519878218 | | Email/Text: bankruptcy@greenskycredit.com | Feb 13 2025 20:55:00 | Greensky,LLC/Home Depot Loan, 3155 Royal Drive Suite 175, Alpharetta, GA 30022-2479 |
| 519835645 | ^ | MEBN | Feb 13 2025 20:48:13 | HIGHER EDUCATION STUDENT ASSISTANCE AUTH, HESAA SERVICING/ATTN: BANKRUPTCY, P.O. BOX 548, TRENTON, NJ 08625-0548 |
| 519835646 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 13 2025 20:55:00 | Internal Revenue Services, Special Processing Branch, PO Box 724, Springfield, NJ 07081 |
| 519835615 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 13 2025 20:51:25 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 519852624 | + | Email/Text: RASEBN@raslg.com | Feb 13 2025 20:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519893800 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 13 2025 21:04:09 | Portfolio Recovery Associates, LLC, c/o JET BLUE, POB 41067, Norfolk, VA 23541 |
| 519835648 | | Email/Text: ProsperBK@prosper.com | Feb 13 2025 20:55:00 | PROSPER FUNDING LLC, 221 MAIN STREET, SUITE 300, SAN FRANCISCO, CA 94105 |
| 519835649 | + | Email/PDF: bankruptcy_prod@navient.com | Feb 13 2025 21:03:58 | SALLIE MAE, INC, ATTN: BANKRUPTCY, PO BOX 9500, WILKES BARRE, PA 18773-9500 |
| 519835651 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

Case 23-11154-VFP    Doc 45    Filed 02/15/25    Entered 02/16/25 00:15:07    Desc Imaged
                           Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: 185 | Total Noticed: 43 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 13 2025 21:15:16 | SYNCB/OLD NAVY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519835652 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 13 2025 20:51:34 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519835653 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 13 2025 20:52:04 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519835654 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 13 2025 21:04:14 | SYNCHRONY BANK/OLD NAVY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519835655 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 13 2025 20:55:00 | TOYOTA FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 259001, PLANO, TX 75025-9001 |
| 519861626 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 13 2025 20:54:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519835656 | | Email/Text: bankruptcies@uplift.com | Feb 13 2025 20:54:00 | UPLIFT, INC., ATTN: BANKRUPTCY, 440 N WOLFE RD, SUNNYVALE, CA 94085 |
| 519835657 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 13 2025 20:51:25 | WALMART CREDIT SERVICES/CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |

TOTAL: 39

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519835605 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, 30 ISABELLA ST, FLOOR 4, PITTSBURGH, PA 15212-5862 |
| 519835610 | *+ | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 519835612 | *+ | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 519835614 | *+ | CAPITAL ONE, ATTN: BNAKRUPTCY, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519835623 | *+ | DEPT OF ED/NELNET, ATTN: BANKRUPTCY CLAIMS/NELNET, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 519835624 | *+ | DEPT OF ED/NELNET, ATTN: BANKRUPTCY CLAIMS/NELNET, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 519835625 | *+ | DEPT OF ED/NELNET, ATTN: BANKRUPTCY CLAIMS/NELNET, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 519835626 | *+ | DEPT OF ED/NELNET, ATTN: BANKRUPTCY CLAIMS/NELNET, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 519835627 | *+ | DEPT OF ED/NELNET, ATTN: BANKRUPTCY CLAIMS/NELNET, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 519835628 | *+ | DEPT OF ED/NELNET, ATTN: BANKRUPTCY CLAIMS/NELNET, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 519835629 | *+ | DEPT OF ED/NELNET, ATTN: BANKRUPTCY CLAIMS/NELNET, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 519835630 | *+ | DEPT OF ED/NELNET, ATTN: BANKRUPTCY CLAIMS/NELNET, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 519835631 | *+ | DEPT OF ED/NELNET, ATTN: BANKRUPTCY CLAIMS/NELNET, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 519835632 | *+ | DEPT OF ED/NELNET, ATTN: BANKRUPTCY CLAIMS/NELNET, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 519835633 | *+ | DEPT OF ED/NELNET, ATTN: BANKRUPTCY CLAIMS/NELNET, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 519835634 | *+ | DEPT OF ED/NELNET, ATTN: BANKRUPTCY CLAIMS/NELNET, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 519835637 | *+ | FED LOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 519835638 | *+ | FED LOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 519835639 | *+ | FED LOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 519835640 | *+ | FED LOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 519835641 | *+ | FED LOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 519835642 | *+ | FED LOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 519835616 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 519835650 | *+ | SALLIE MAE, INC, ATTN: BANKRUPTCY, PO BOX 9500, WILKES BARRE, PA 18773-9500 |
| 519835658 | *+ | WALMART CREDIT SERVICES/CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |

TOTAL: 0 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2025         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Caroline A Carino ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4