**RUSSELL LOW, ESQ. RLL-4745**
LOW & LOW, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor



Order Filed on April 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | : Chapter 13 |
| Caroline A Carino | : Case No. 23-11154 |
| Debtor(s) | : Judge Vincent F. Papalia |
| Hearing Date | : March 20, 2025 at 10:00 a.m. |

### ORDER AUTHORIZING PURCHASE OF REAL PROPERTY

**Recommended Local Form:** ☑ Followed    ☐ Modified

The relief set forth on the following pages number two (2) to page two (2) is hereby

**ORDERED**.

**DATED: April 3, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

After review of the Debtor's motion for authorization to purchase the real property commonly known as: **1205 Bramlett Creek PL Lawrenceville, GA 30045** (the "Real Property"); and due notice having been given; and the objection to the Motion having been withdrawn; and for good cause shown

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to purchase the Real Property on the terms and conditions of the contract of sale submitted with the Motion.

2. The 14 day stay under Bankruptcy Rule 6004(h) is hereby waived.