

**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorneys for Debtors**

Order Filed on April 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Caroline A Carino | : | CASE NO. 23-11154 |
| | : | The Honorable Vincent F. Papalia |
| Debtor | : | Hearing Date: March 20, 2025 at 10:00 a.m. |

**ORDER TO APPROVE POST-PETITION FINANCING**

    The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: April 3, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

.

Page 2
Debtor: Caroline A Carino
Case No.  23-11154-VFP
Caption: ORDER TO APPROVE POST-PETITION FINANCING

_____

This matter having come before the Court upon the debtor's Notice of Motion for an Order approving post-petition financing (the "Motion"); and due notice having been given; and the Court having examined the evidence presented; and the objection to the Motion having been withdrawn; and for good cause shown, it is

**ORDERED** that the Motion is Granted and the Court hereby approves the mortgage financing with Leader One Financial Corporation for the property located at 1205 Bramlett Creek PL Lawrenceville, GA 30045 under the terms of the Conditional Loan Approval submitted with the Motion.