**RUSSELL LOW, ESQ. RLL-4745**

LOW & LOW, LLC

Attorneys at Law

505 Main Street

Hackensack, NJ 07601

(201) 343-4040

Attorneys for Debtor

**Order Filed on April 3, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In Re:                                    : Chapter 13

Caroline A Carino                         : Case No. 23-11154

Debtor(s)                                 : Judge Vincent F. Papalia

Hearing Date                              :  March 20, 2025 at 10:00 a.m.

---

### ORDER AUTHORIZING PURCHASE OF REAL PROPERTY

| |
|---|
| **Recommended Local Form:  ☑  Followed    ☐  Modified** |

　　　　The relief set forth on the following pages number two (2) to page two (2) is hereby

**ORDERED**.

 **DATED: April 3, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

After review of the Debtor's motion for authorization to purchase the real property commonly known as: **1205 Bramlett Creek PL Lawrenceville, GA 30045** (the "Real Property"); and due notice having been given; and the objection to the Motion having been withdrawn; and for good cause shown

**IT IS** hereby **ORDERED** as follows:

1.  The Debtor is authorized to purchase the Real Property on the terms and conditions of the contract of sale submitted with the Motion.

2. The 14 day stay under Bankruptcy Rule 6004(h) is hereby waived.

United States Bankruptcy Court

District of New Jersey

In re:                                                                     Case No. 23-11154-VFP

Caroline A Carino                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 04, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2025:**

**Recip ID**           **Recipient Name and Address**
db           + Caroline A Carino, 3061 Edwin Avenue, Apt 4G, Fort Lee, NJ 07024-4810

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2025           Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Caroline A Carino ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4