Certificate Number: 00927-NJ-DE-039717597

Bankruptcy Case Number: 23-11154



00927-NJ-DE-039717597

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>May 30, 2025</u>, at <u>9:34</u> o'clock <u>PM EDT</u>, <u>Caroline Carino</u> completed a course on personal financial management given <u>by internet</u> by <u>247 Bankruptcy Class, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   May 30, 2025

By:   /s/ Al Duarte

Name:   Al Duarte

Title:   Certified Credit Counselor